An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

SALLY LEHRMAN,
Petitioner,
vs.
THE NINTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
DOUGLAS; AND THE HONORABLE
NATHAN TOD YOUNG, DISTRICT
JUDGE,
Respondents,
and
JANE LEHRMAN; AND WENDI LUTZ,
Real Parties in Interest.

No. 68190

**FILED**

JUN 1 8 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

### ORDER DENYING PETITION FOR WRIT OF MANDAMUS OR PROHIBITION

This original petition for a writ of mandamus or prohibition challenges a district court order denying a motion to enforce a settlement agreement. Having considered the petition and supporting documents, we are not persuaded that petitioner has met her burden of demonstrating that our extraordinary intervention is warranted, as DCR 16 requires an agreement, by consent, to "be entered in the minutes in the form of an order," *see Grisham v. Grisham*, 128 Nev., Adv. Op. 60, 289 P.3d 230, 233 (2012) (explaining DCR 16's application and how the rule is satisfied), and the district court's finding regarding lack of mutual assent to specific terms in the proposed settlement agreement is supported by substantial evidence and is not clearly erroneous. *Id.* at ___, 289 P.3d at 236; *May v. Anderson*, 121 Nev. 668, 672-73, 119 P.3d 1254, 1257 (2005); *see* NRS 34.160; NRS 34.320; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222,

SUPREME COURT
OF
NEVADA

(O) 1947A

15-18643

224, 228, 88 P.3d 840, 841, 844 (2004). Accordingly, we deny the petition. NRAP 21(b); *Smith v. Eighth Judicial Dist. Court*, 107 Nev. 674, 677, 818 P.2d 849, 851 (1991).

It is so ORDERED.

_____, J.
Saitta

_____, J.
Gibbons

_____, J.
Pickering

cc:    Hon. Nathan Tod Young, District Judge
      Anderson Keuscher, PLLC
      Smith & Harmer
      Heritage Law Group, PC
      Douglas County Clerk